IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01251-RPM

CAVE SPRINGS PROPERTY INVESTORS, LLC;
CAVE SPRINGS MORTGAGE INVESTORS, LLC;
CAVE SPRINGS LENDING, LLC;
SILVER QUEEN CAPITAL CORPORATION; and
LAURENCE LEDERER,

       Plaintiffs,

v.

H. DANIEL SMITH; and
DWYER, SMITH, GARDNER, LAZER, POHREN, ROGERS & FORREST,
n/k/a Smith, Gardner, Slusky, Lazar, Pohren & Rogers, LLP,

       Defendants.

_____

ORDER STAYING CASE AND EXTENDING DEADLINE FOR DEFENDANTS TO FILE
RESPONSIVE PLEADING
_____

       After review of the Unopposed Motion for 30 Day Stay, filed January 17, 2011 [12], it is

       ORDERED that the motion is granted and this civil action is stayed until February 17,

2011 and the deadline for defendants to file their responsive pleadings is extended to February

28, 2011.  It is

       FURTHER ORDERED that plaintiffs shall file a corporate disclosure statement pursuant

to D.C.Colo.LCivR 7.4

       DATED: January 18th , 2011

                                         BY THE COURT:

                                         s/Richard P. Matsch
                                         _____
                                         Richard P. Matsch, Senior Judge